UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PETER TITTL, individually and on behalf of all others similarly situated,

Plaintiff(s),

v.

META PLATFORMS, INC., et al. ,

Defendant(s).

Case No. 3:26-cv-01992-AMO

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** : ORDER (CIVIL LOCAL RULE 11-3)

I, Frank A. Dante , an active member in good standing of the bar of Pennsylvania, New Jersey, and New York , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Luxottica of America Inc. in the above-entitled action. My local co-counsel in this case is Gregory Bordo , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 156147 .

One Logan Square 130 North 18th St., Philadelphia, PA 19103 - 6998
MY ADDRESS OF RECORD

(215) 569-5645
MY TELEPHONE # OF RECORD

frank.dante@blankrome.com
MY EMAIL ADDRESS OF RECORD

2029 Century Park East, 6th Fl. Los Angeles, CA 90067
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(424) 239-3404
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

greg.bordo@blankrome.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: (PA) 87888; (NY) 6255012; (NJ) 15362001 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3/31/2026

Frank A. Dante
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Frank A. Dante is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 1, 2026

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021

2