**BLANK ROME LLP**
Gregory Bordo (SBN 156147)
Greg.Bordo@blankrome.com
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone: 424.239.3400
Facsimile: 424.239.3434

Frank A. Dante (*admitted pro hac vice*)
Frank.Dante@blankrome.com
Melissa Fundora Murphy (*admitted pro hac vice*)
Melissa.Murphy@blankrome.com
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103
Telephone: 424.239.3400
Facsimile: 424.239.3434

*Attorneys for Defendant*,
LUXOTTICA OF AMERICA INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| PETER TITTL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>META PLATFORMS, INC., et al.,<br><br>Defendant. | Case No. 3:26-cv-01992-AMO<br><br>**STIPULATION RE DEADLINE TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 6-1(a)**<br><br>Hon. Araceli Martínez-Olguín, presiding<br><br>Complaint filed: Mar. 8, 2026<br>Defendants' response deadline: Apr. 1, 2026<br>Proposed continued deadline: May 1, 2026 |

STIPULATION RE DEADLINE TO RESPOND TO COMPLAINT No. 3:26-cv-01992-AMO

Plaintiffs and Defendants Meta Platforms, Inc. ("Meta") and Luxottica of America Inc. ("Luxottica"), by and through their undersigned counsel, hereby agree and stipulate as follows:

WHEREAS, Plaintiffs in the above-captioned case filed a putative class action Complaint on March 8, 2026;

WHEREAS, Plaintiffs filed Proofs of Service on March 13, 2026 indicating that both Meta and Luxottica had been served a summons on March 11, 2026;

WHEREAS, the docket currently reflects that both Meta's and Luxottica's deadline to respond to the Complaint is April 1, 2026;

WHEREAS, Plaintiffs are in discussions with plaintiffs in other, related cases about (i) consolidating those cases; (ii) application(s) for leadership; and (iii) the timeline for filing a single consolidated putative class action complaint;

WHEREAS, those discussions remain ongoing;

WHEREAS, for the efficiency of the Court and the parties, Plaintiffs have conferred with counsel for Meta and Luxottica regarding the existing deadlines including Meta's and Luxottica's deadline to respond to the Complaint;

WHEREAS, Plaintiffs, Meta, and Luxottica agree that the existing deadlines for Meta and Luxottica to respond to the Complaint should be continued 30 days;

WHEREAS, this stipulation will not alter the date of any event or any deadline already fixed by Court order;

NOW, THEREFORE, PLAINTIFFS AND DEFENDANTS META AND LUXOTTICA HEREBY AGREE AND STIPULATE THAT:

- Meta's and Luxottica's deadline to respond to the Complaint is hereby continued 30 days to May 1, 2026.
- Plaintiffs, Meta, and Luxottica otherwise reserve all rights.[1]

---

[1] Plaintiffs agree that Meta and Luxottica are not waiving any rights or defenses, including under Fed. R. Civ. 12, or their right to compel arbitration.

STIPULATION RE DEADLINE TO RESPOND TO COMPLAINT No. 3:26-cv-01992-AMO

DATED: April 1, 2026

**AHDOOT & WOLFSON, PC**      **BLANK ROME LLP**

By: */s/ Tina Wolfson*                    By:      */s/ Melissa Fundora Murphy*
Tina Wolfson                                    Gregory Bordo
Robert Ahdoot                                 2029 Century Park East | 6th Floor
Theodore W. Maya                          Los Angeles, CA 90067
Alyssa D. Brown                             Telephone: 424.239.3400
2600 W. Olive Avenue, Suite 500   Facsimile: 424.239.3434
Burbank, CA 91505-4521               Greg.Bordo@blankrome.com
Telephone: 310.474.9111
Facsimile: 310.474.858                    Frank A. Dante (*admitted pro hac vice*)
twolfson@ahdootwolfson.com        Melissa Fundora Murphy (*admitted pro hac vice*)
rahdoot@ahdootwolfson.com         One Logan Square
tmaya@ahdootwolfson.com           130 N. 18th Street
abrown@ahdootwolfson.com         Philadelphia, PA 19103
                                                      Telephone: 424.239.3400
Bradley K. King                             Facsimile: 424.239.3434
521 Fifth Avenue, 17th Floor          Frank.Dante@blankrome.com
New York, NY 10175                      Melissa.Murphy@blankrome.com
Telephone: 917.336.0171
Facsimile: 917.336.0177                  *Attorneys for Defendant*
bking@ahdootwolfson.com            LUXOTTICA OF AMERICA INC.

*Attorneys for Plaintiffs*


**WILLIAMS & CONNOLLY LLP**
By: */s/ Stephen D. Andrews*
Stephen D. Andrews
Dane H. Butswinkas (*pro hac vice forthcoming*)
Richmond T. Moore (*pro hac vice forthcoming*)
680 Maine Avenue SW
Washington, DC 20024
Telephone: 202.434.5000
Facsimile: 202.434.5029
sandrews@wc.com
dbutswinkas@wc.com

STIPULATION RE DEADLINE TO RESPOND TO COMPLAINT No. 3:26-cv-01992-AMO

rmoore@wc.com

*Attorneys for Defendant* META
PLATFORMS, INC.

STIPULATION RE DEADLINE TO RESPOND TO COMPLAINT No. 3:26-cv-01992-AMO

ATTESTATION

Pursuant to Civil L.R. 5-1, I, Melissa Fundora Murphy, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: April 1, 2026

By: */s/ Melissa Fundora Murphy*
MELISSA FUNDORA MURPHY